UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Tadd Gilleo | : | Chapter 13 |
| | : | |
|    Debtor (s) | : | Case No.: 16-18540AMC |

### ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

AND NOW, this __16th__ day of __May__, 2017 upon consideration of the Motion of Tadd Gilleo to Avoid Judicial Lien, it is hereby;

ORDERED and DECREED that the Judicial Lien held in favor of LVNV Funding LLC on Debtor's real property located at 15 Dogwood Drive Levittown, PA 19055, is VOIDED upon DISCHARGE.

FURTHER ORDERED:

_____
Judge Ashely M. Chan