# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-18540-AMC

TADD GILLEO

15 DOGWOOD DRIVE

LEVITTOWN, PA 19055

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  TADD GILLEO

  15 DOGWOOD DRIVE

  LEVITTOWN, PA 19055

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK LAW OFFICE
  1315 WALNUT STREET #502
  PHILADELPHIA, PA 19107-

Date: 1/26/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee