United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-18540-amc
Tadd Gilleo                                                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1              Date Rcvd: Apr 03, 2018
                              Form ID: pdf900            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
```
db             +Tadd Gilleo,    15 Dogwood Drive,    Levittown, PA 19055-1715
cr             +U.S BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 04 2018 01:46:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2018 01:45:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2018 01:46:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Tadd  Gilleo brad@sadeklaw.com, bradsadek@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for First F bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for First F bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Tadd Gilleo | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-18540 AMC |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this  3rd  day of  April , 2018 upon consideration of the Motion to Modify Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

_____
Hon. Ashely M. Chan