IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Tadd Gilleo | : |
| | : |
| | : Case No.: 16-18540AMC |
| | : |
| Debtor(s) | : Chapter 13 |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Supplemental Application for Compensation of Attorney Fees filed at Docket Number 75.

Dated: August 16, 2018                /s/ Brad J. Sadek, Esquire
                                      Brad J. Sadek, Esquire
                                      Sadek and Cooper
                                      "The Philadelphia Building"
                                      1315 Walnut Street, #502
                                      Philadelphia, PA 19107
                                      215-545-0008