**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: Tadd Gilleo<br>　　　　　　　<u>Debtor</u> | Chapter 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2<br>　　　　　　　<u>Movant</u><br>　　vs.<br>Tadd Gilleo<br>　　　　　　　<u>Debtor</u><br>and William C. Miller Esq.<br>　　　　　　　<u>Trustee</u> | NO. 16-18540 AMC<br><br>11 U.S.C. Section 362 |

## **CERTIFICATION OF DEFAULT**

　　I, Rebecca A. Solarz, Esquire, attorney for Movant, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated November 8, 2019 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Movant relief from the automatic stay.

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant

December 6, 2019