# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tadd Gilleo<br>       Debtor | Chapter 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2<br>      v.<br>Tadd Gilleo<br>      and<br>William C. Miller Esq.<br>      Trustee | NO. 16-18540 AMC |

## ORDER

  AND NOW, this _____ day of _____, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 18, 2018 it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 15 Dogwood Drive Levittown, PA 19055.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 19, 2019**

                          _____
                          United States Bankruptcy Judge.

cc: See attached service list

Tadd Gilleo
15 Dogwood Drive
Levittown, PA 19055

William C. Miller Esq.
PO Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532